**Richard MORRIS, Petitioner—Appellant,**

v.

**Patricia STANSBERY, Respondent—Appellee,**

and

**United States of America; United States Parole Commission, Respondents.**

**No. 05–6432.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 17, 2005.

Decided: Aug. 26, 2005.

Richard Morris, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Morris, a federal parolee, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Morris v. Stansbery,* No. CA–04–147–5–BO (E.D.N.C. Feb. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*